# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DAVID LANE CAMPBELL, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:21-cv-46 |
| | * | |
| v. | * | |
| | * | |
| WARDEN WALTER BERRY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 29. Petitioner David Campbell ("Campbell") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Respondent's Motion to Dismiss, and **DISMISSES** Campbell's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, as amended, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Campbell *in*

*forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this __30__ day of __June__, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA